AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

United States of America )
v. )
Damir ZLATOVIC )  Case No. 1:17-mj-44-HBB
)
_____ )
*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  04/22/2017  in the county of  Warren  in the  Western  District of  Kentucky , the defendant violated  Title 21 and 18  U. S. C. §  841(a)(1) and 922(g)(3) , an offense described as follows:

On or about April 22-23, 2017, in Bowling Green, Kentucky, Warren County, in the Western District of Kentucky, Damir Zlatovic

1 - Knowingly and intentionally distributed a Schedule II controlled substance (Opana); and

2 - Knowingly possessed three firearms (specifically identified in the attached affidavit) and ammunition which had been shipped or transported in interstate or foreign commerce, while an unlawful user of a controlled substance

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David S. Hayes, Special Agent - ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  06/26/2017

_____
*Judge's signature*

City and state:  Bowling Green, Kentucky

H. Brent Brennenstuhl, U.S. Magistrate Judge
*Printed name and title*

I, David S. Hayes, being duly sworn, depose and state that:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice, and have been so employed since 1991. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy. I am currently assigned to the Bowling Green/Warren County Drug Task Force (DTF).

2. On April 23, 2017, the Bowling Green Police Department (BGPD) responded to a report of a drug overdose at the residence of Dragan PETROVIC located at 2426 Thoroughbred Drive, Bowling Green, Kentucky. Upon arrival, officers observed the body of Kiloisha Holley at the residence. Ms. Holley was unresponsive and efforts to resuscitate her were unsuccessful. Ms. Holley was transported to the Medical Center in Bowling Green where she was pronounced deceased.

3. PETROVIC advised the officers that Ms. Holley had come to his residence and appeared extremely intoxicated. PETROVIC also appeared to be under the influence of intoxicants. PETROVIC advised the officers that he believed Ms. Holley had ingested Opana and that they had fallen asleep together. PETROVIC advised he woke up and Ms. Holley was on the floor and unresponsive. The police were called and responded to the scene.

4. During a subsequent interview with PETROVIC, he admitted to having been involved in a number of drug transactions that included the sale of marijuana and Xanax. In addition, PETROVIC admitted he had participated in a number of drug transactions in which he purchased controlled substances, including Opana from Damir ZLATOVIC. PETROVIC stated he had known ZLATOVIC since 2015 and had purchased controlled substances, including Oxycontin, Xanax and Opana an estimated 10 or 11 times. PETROVIC stated the most recent purchase from ZLATOVIC occurred on the previous night (April 22, 2017). Prior to that date, PETROVIC stated he purchased drugs from ZLATOVIC in December, January and February at which time he made frequent and sometimes daily drug purchases from ZLATOVIC.

5. PETROVIC stated on April 22, 2017, he made arrangements with ZLATOVIC to purchase an Opana pill. PETROVIC stated he and Ms. Holley caught a ride to the residence of ZLATOVIC located on Oriole Street in Bowling Green, Kentucky. PETROVIC stated they pulled into the driveway of ZLATOVIC'S residence. ZLATOVIC came to the car and sold them the Opana pill. PETROVIC advised the Opana pill was purchased for $120.00 and that he and Ms. Holley split the cost of the

pill. PETROVIC stated all of the prior drug transactions that had occurred at ZLATOVIC's residence had occurred this way as well. Following the purchase of the Opana pill, PETROVIC stated he and Ms. Holley returned to his residence where the pill was crushed and divided. According to PETROVIC, he and Ms. Holley ingested the Opana by snorting it. PETROVIC stated they both fell asleep and that when he awoke Ms. Holley was unresponsive.

6. On April 23, 2017, BGPD officers obtained a State search warrant for the residence of Damir ZLATOVIC, located at 2611 Oriole Street, Bowling Green, Kentucky. Officers/detectives with BGPD and the affiant went to 2611 Oriole Street, Bowling Green, Kentucky to execute the State search warrant. Upon arrival at the residence, contact was made with Damir ZLATOVIC. Det. Phelps read the search warrant to ZLATOVIC and advised him of his Miranda Rights. ZLATOVIC agreed to speak with the detectives.

7. During a recorded interview, ZLATOVIC admitted he was a drug user and that he used pain pills. ZLATOVIC further stated that last night (April 22, 2017) he sold an Opana to a friend of his named Dragan PETROVIC for $120.00. ZLATOVIC stated PETROVIC arrived at his house in a vehicle which also contained a "mixed girl". He stated he sold the Opana to PETROVIC in the driveway of his residence. ZLATOVIC further admitted he had a gun and two Xanax and one Adderall in the nightstand beside his bed.

8. During the execution of the search warrant, officers/detectives and the affiant located drug paraphernalia, including cut straws, corner baggies and a spoon with residue and two Xanax pills and 1/2 of an Adderall pill. Officers also located and seized three handguns and 253 rounds of assorted ammunition. The three firearms are described as follows:

    - Kimber, Micro, .380 caliber pistol, having serial number P0047397;
    - Ruger, Model SR40, .40 caliber pistol, having serial number 342-46214;
    - Ruger, Model LCP, .380 caliber pistol, having serial number 371696616

9. On June 22, 2017, the affiant test-fired the three firearms seized in connection with this investigation. All three firearms were found to function as designed.

2

10. The affiant knows through training, experience and research that Kimber Manufacturing and Sturm, Ruger and Company firearms are not, and have not been manufactured in the Commonwealth of Kentucky.

11. The affiant states that the evidence as outlined above establishes probable cause that Damir ZLATOVIC did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit: Opana and possessed three firearms and 253 rounds of miscellaneous ammunition which had been shipped or transported in interstate or foreign commerce, while being an unlawful user of a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. §§ 922(g)(3).

David S. Hayes
Special Agent – ATF

Sworn to before me and subscribed in my presence on this 26 day of June 2017.

H. Brent Brennenstuhl
United States Magistrate Judge

JEK:JEL