UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

2017 JUL 12 AM 10: 51

UNITED STATES OF AMERICA

v.

**DAMIR ZLATOVIC**

INDICTMENT

NO. 1:17-CR-22-GNS

18 U.S.C. § 922(g)(3)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(d)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1

On or about April 22, 2017, in the Western District of Kentucky, Warren County, Kentucky, the defendant, **DAMIR ZLATOVIC**, knowingly and intentionally distributed oxymorphone (Opana), a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812, to D.P. and K.H.  K.H.'s death and serious bodily injury resulted from the use of such substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 2

On or about April 23, 2017, in the Western District of Kentucky, Warren County, Kentucky, the defendant, **DAMIR ZLATOVIC**, being a person who is an unlawful user of any controlled substance, as defined in Title 21, United States Code, Section 802, possessed in and affecting

commerce a firearm, that is:

one Kimber, Micro, .380 caliber pistol, bearing serial number P0047397;
one Ruger, Model SR40, .40 caliber pistol, bearing serial number 342-46214;
one Ruger, Model LCP, .380 caliber pistol, bearing serial number 371696616; and
assorted ammunition.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 18, United States Code, Sections 922(g)(3), as alleged in Count 2 of this Indictment, a felony punishable by imprisonment for more than one year, and Title 21, United States Code, Sections 841(a)(1), as alleged in Count 1, the defendant, **DAMIR ZLATOVIC**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses, including, but not limited to:

one Kimber, Micro, .380 caliber pistol, bearing serial number P0047397;
one Ruger, Model SR40, .40 caliber pistol, bearing serial number 342-46214;
one Ruger, Model LCP, .380 caliber pistol, bearing serial number 371696616; and
assorted ammunition.

A TRUE BILL.

**REDACTED**

*/s/ John E. Kuhn, Jr.*
JOHN E. KUHN, JR.
UNITED STATES ATTORNEY

JEK:JEL

2

UNITED STATES OF AMERICA v. **DAMIR ZLATOVIC**

## P E N A L T I E S

Count 1:   NM 20 yrs./$1,000,000/both/NL 3 yrs. Supervised Release
           (If death resulted: NL 20 yrs./NM Life/NM $1,000,000/both/NL 3 yrs. Supervised Release)
Count 2:   NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Forfeiture

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor:   $ 25 per count/individual          Felony:   $100 per count/individual
               $125 per count/other                         $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   <u>For offenses occurring after December 12, 1987</u>:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.
   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

   18 U.S.C. §§ 3612, 3613
   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 1:17-CR-22-GNS

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
2017 JUL 12  AM 10: 52

# UNITED STATES DISTRICT COURT
### Western District of Kentucky
### Bowling Green Division

THE UNITED STATES OF AMERICA

vs.

**DAMIR ZLATOVIC**

## INDICTMENT

21 U.S.C. §§ 841(a)(1); 841(b)(1)(C);
18 U.S.C. §§ 922(g)(3); 924(a)(2);
Knowingly Distributed Oxymorphone, a Schedule II Controlled Substance, Resulting in a Death and Serious Bodily Injury;
Possession of Firearms While an Unlawful User of a Controlled Substance:

*A tr*         **REDACTED**

*Filed in open court this 12th day, of July, 2017.*

_____ *Clerk*

*Bail, $*